United States District Court
Southern District of Texas
**ENTERED**
February 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH PANKOWSKI, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-01668 |
| BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL., | § § § § | Judge Gray H. Miller |
| Defendants. | § § § | |
| KENNETH LYONS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:16-cv-02704 |
| v. | § § § | Judge Vanessa Gilmore |
| BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL., | § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION TO TRANSFER RELATED CASE
TO JUDGE GRAY H. MILLER FOR CONSOLIDATION**

Upon consideration of the Motion to Transfer Related Case to Judge Gray H. Miller for Consolidation, it is hereby ORDERED that:

1. The above-captioned cases are consolidated pursuant to Fed. R. Civ. P. 42(a).

2. The docket in case 4:15-cv-01668 shall constitute the Master Docket for this action.

3. Every pleading filed in the consolidated action should bear the following caption:

| | |
|---|---|
| In re CBD Energy Limited Securities Litigation | § Master File No. 4:15-cv-01668 <br> § <br> § <u>CLASS ACTION</u> <br> § <br> § <br> § <br> This Document Relates To: § <br> § |

4. The file in Civil Action No. 4:15-cv-01668 shall constitute a master file for every action in the consolidated action. When the document being filed pertains only to Civil Action No. 4:15-cv-01688, the phrase "Securities Act Case" shall appear immediately after the phrase "This Document Relates To." When a document being filed pertains only to Civil Action No. 4:16-cv-02704, the phrase "Exchange Act Case" shall appear immediately after the phrase "This Document Relates To." When a document being filed pertains to both actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To."

**SO ORDERED.**

SIGNED this _15_ day of _Feb_, 2017

_____
United States District Court Judge